LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
**SPRINGEL & FINK LLP**
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada 89148
Telephone: (702) 804-0706
E-Mail:   *lfink@springelfink.com*

Attorneys for Defendant,
*RESURGENT CAPITAL SERVICES, L.P.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE RACE,<br><br>                    Plaintiff,<br><br>vs.<br><br>RESURGENT, CAPITAL SERVICES, LP DBA CAPITAL PORTFOLIO SERVICES, LLC, DBA CAPITAL PORTFOLIO GROUP, LLC, AND NORTHEAST CAPITAL, LLC,<br><br>                    Defendants. | Case No.: 2:24-cv-02286-JCM-DJA<br><br>**STIPULATION TO EXTEND DEFENDANT RESURGENT CAPITAL SERVICES, L.P.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Defendant RESURGENT CAPITAL SERVICES, L.P. ("RESURGENT") and Plaintiff GEORGE RACE stipulate and agree as follows:

1. RESURGENT's time to respond to the Complaint (ECF No. 1), filed on December 10, 2024 will be continued to January 24, 2025; and

2. RESURGENT requires additional time to investigate the allegations and respond to the Complaint.

///
///
///
///
///

-1-

-2-

3. This brief extension will also allow the parties to discuss a possible early resolution of the case to preserve the expenditure of unnecessary attorney's fees and costs. This is RESURGENT's first request for an extension.

DATED this 6th day of January, 2025

    SPRINGEL & FINK LLP

    */s/ Leonard T. Fink*
By: _____
    LEONARD T. FINK, ESQ.
    Nevada Bar No. 6296
    9075 W. Diablo Drive, Suite 302
    Las Vegas, Nevada 89148

    Attorney for Defendant,
    *RESURGENT CAPITAL SERVICES, L.P.*

DATED this 6th day of January, 2025

    FREEDOM LAW FIRM, LLC

    */s/ Gerardo Avalos*
By: _____
    GEORGE HAINES, ESQ.
    Nevada Bar No. 9411
    GERARDO AVALOS, ESQ.
    Nevada Bar No. 15171
    8985 South Eastern Ave., Suite 100
    Las Vegas, Nevada 89123

    Attorney for Plaintiff,
    *GEORGE RACE*

**IT IS SO ORDERED:**

DATED: 1/6/2025

_____
UNITED STATES MAGISTRATE JUDGE
U.S.D.C. Case No. 2:24-cv-02286-JCM-DJA

**CERTIFICATE OF SERVICE**
**George Race v. Resurgent, Capital Services, LP, et al.**
U.S.D.C. Case No.: 2:24-cv-02286-JCM-DJA

STATE OF NEVADA            )
                           ) ss.
COUNTY OF CLARK            )

I, Ella Wilczynski, declare:

I am a resident of and employed in Clark County, Nevada. I am over the age of eighteen years and not a party to the within action. My business address is 9075 W. Diablo Drive, Suite 302, Las Vegas, Nevada, 89148.

On **January 6, 2025**, I served the document described as *Stipulation to Extend Defendant Resurgent Capital Services, L.P.'s Time to Respond to Plaintiff's Complaint* on the following parties:

| ☒ | VIA ELECTRONIC SERVICE: by submitting the foregoing to the United States District Court for the District of Nevada's ECF-filing System for Electronic Service upon the Court's Service List pursuant to Rule26(a)(1). The copy of the document electronically served bears a notation of the date and time of service. The original document will be maintained with the document(s) served and be made available, upon reasonable notice, for inspection by counsel or the Court. |
|---|---|
| ☐ | VIA U.S. MAIL: by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. |
| ☐ | VIA FACSIMILE: by transmitting to a facsimile machine maintained by the person on whom it is served at the facsimile machine telephone number at last given by that person on any document which he/she has filed in the cause and served on the party making the service. The copy of the document served by facsimile transmission bears a notation of the date and place of transmission and the facsimile telephone number to which transmitted. A confirmation of the transmission containing the facsimile telephone numbers to which the document(s) was/were transmitted will be maintained with the document(s) served. |

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Ella Wilczynski*
_____
An employee of Springel & Fink LLP

-3-

| | |
|---|---|
| **From:** | Gerardo Avalos |
| **To:** | Ben Mohandesi; George Haines |
| **Cc:** | Paris Tertanni; Ella Wilczynski; Leonard Fink |
| **Subject:** | RE: George Race v. Resurgent Capital Services, LP |
| **Date:** | Sunday, January 5, 2025 4:16:00 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image005.png<br>image007.png<br>image009.png |

Hi Ben,

You are welcome to file with my signature.

Kind regards,

*Gerardo Avalos, Esq.*
Freedom Law Firm
Phone: 702-880-5554, Ext: 223
E-Fax: 702-385-5518
Email: gavalos@freedomlegalteam.com
8985 S. Eastern Avenue Suite 100
Las Vegas, NV 89123 (Henderson Office)

1180 N. Town Center Dr. Suite 100
Las Vegas, NV 89144 (Summerlin Office)
www.FreedomLegalTeam.com
Frequently Asked Questions





**Full Service Law Firm practicing in Bankruptcy | Student Loans | Loan Modifications & Mediations | Litigation**

**We will never send you a REQUEST for a WIRE TRANSFER.
Always call to verify if you receive a payment request.**

CONFIDENTIALITY NOTICE: The information contained in this e-mail is transmitted by an attorney or under the

direction of said attorney. It is privileged and confidential and intended only for the use of the individual(s) named above. If you are not an intended recipient, you are hereby notified that any dissemination, distribution, or copy of this information is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone at phone: 702-880-5554 or by return e-mail, and delete this e-mail and all attachments from your system. Thank you.

**From:** Ben Mohandesi <bmohandesi@yumollp.com>
**Sent:** Thursday, January 2, 2025 11:42 AM
**To:** George Haines <ghaines@freedomlegalteam.com>; Gerardo Avalos <gavalos@freedomlegalteam.com>
**Cc:** Paris Tertanni <ptertanni@freedomlegalteam.com>; Ella Wilczynski <ewilczynski@springelfink.com>; Leonard Fink <lfink@springelfink.com>
**Subject:** Re: George Race v. Resurgent Capital Services, LP

Hi George,

Happy New Year.

Thank you again for the courtesy of the extension.  The stipulation is attached.  Please let us know if we may file with your e-signature.

Thank you!


--
Ben Mohandesi
**YU | MOHANDESI** LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA  90071
213.377.5505 Direct **|** 213.377.5501 Fax
www.yumollp.com

This email, along with any attachments, is confidential and may well be legally privileged.  If you have received it in error, you are on notice of its status.  Please notify us immediately by reply e-mail and then delete this message from your system.  Please do not copy it or use it for any purposes, or disclose its contents to any other person.  Thank you for your cooperation.   To ensure compliance with Internal Revenue Service Circular 230, we inform you that any U.S. Federal Tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter[s] addressed herein.