George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff George Race*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| George Race,<br><br>  Plaintiff,<br>v.<br><br>Resurgent, Capital Services, LP dba Capital Portfolio Services, LLC, dba Capital Portfolio Group, LLC, and Northeast Capital, LLC,<br><br>  Defendants. | Case No.: 2:24-cv-02286<br><br>**Stipulation for dismissal of Resurgent, Capital Services, LP with prejudice.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, George Race and Resurgent, Capital Services, LP stipulate to dismiss Plaintiff's claims against Resurgent, Capital Services, LP with prejudice.

///
///
///
///
///

_____

STIPULATION                                   - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: April 4, 2025.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff George Race*

**SPRINGEL & FINK LLP**

/s/ *Leonard T. Fink*
Leonard T. Fink, Esq.
9075 W. Diablo Drive, Suite 302
Las Vegas, Nevada 89148
*Counsel for Resurgent, Capital Services, LP*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: April 7, 2025

_____

STIPULATION - 2 -